**Tiffany Gough**

| | |
|---|---|
| **From:** | CAND mdl Clerk |
| **Sent:** | Wednesday, February 17, 2021 8:06 PM |
| **To:** | DCD MDL; MSSDdb_InterdistrictTransfer_MSSD; MOEDml_MDL_Clerks; InterdistrictTransfer_VAED |
| **Subject:** | MDL 2981 CTO-1 In re: Google Play Store |
| **Attachments:** | 2021-02-17 MDL 2981 CTO-001.pdf |

**FILED**
February 17, 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dear Clerk of the Court:

Attached is a certified copy of CTO-1 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of cases currently pending in your district. Pursuant to this order, the cases must be transferred to the Northern District of California.

Please file the attached, certified copy of the CTO in the affected cases, and close the cases.

Please transmit the record of the cases to the Northern District of California using the CM/ECF Case Transfer utility. The e-mail address is preformatted into CM/ECF as ecfhelpdesk@cand.uscourts.gov.

If you have any questions, feel free to contact me by email or by telephone.

Sincerely,

William S. Noble
Director of Case Administration
United States District Court
San Francisco Office
415-522-2644