JURY,TYPE−A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:20−cv−03557−APM

BLUMBERG v. GOOGLE LLC et al  
Assigned to: Judge Amit P. Mehta  
Demand: $1,000,000  
 Cases:  1:20−cv−03158−APM  
         1:20−cv−03556−APM  
Cause: 15:2 Antitrust Litigation  

Date Filed: 12/07/2020  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti−Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**BENJAMIN BLUMBERG**      represented by   **Gary Edward Mason**  
MASON LIETZ & KLINGER LLP  
5101 Wisconsin Avenue NW  
Suite 305  
Washington, DC 20016  
202−429−2290  
Fax: 202−429−2294  
Email: gmason@masonllp.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOOGLE LLC**

**Defendant**

**ALPHABET INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2020 | 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 402 receipt number ADCDC−7925651) filed by BENJAMIN BLUMBERG. (Attachments: # 1 Civil Cover Sheet, # 2 Summons to Google LLC, # 3 Summons to Alphabet Inc.)(Mason, Gary) (Entered: 12/07/2020) |
| 12/07/2020 | 2 | NOTICE OF RELATED CASE by BENJAMIN BLUMBERG. Case related to Case No. 1:20−cv−03158 & 1:20−cv−03556. (Mason, Gary) (Entered: 12/07/2020) |
| 12/08/2020 |   | NOTICE OF ERROR re 1 Complaint; emailed to gmason@masonllp.com, cc'd 3 associated attorneys −− The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata., 2. Incorrect coversheet. Please use the cover sheet at https://www.dcd.uscourts.gov/new−case−forms & file using the event Civil Cover Sheet., 3. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zsb, ) (Entered: 12/08/2020) |
| 12/08/2020 | 3 | ERRATA by BENJAMIN BLUMBERG 1 Complaint, filed by BENJAMIN BLUMBERG. (Attachments: # 1 Civil Cover Sheet, # 2 Summons to Google LLC, # 3 Summons to Alphabet |

| | | |
|---|---|---|
| | | Inc.)(Mason, Gary) (Entered: 12/08/2020) |
| 12/09/2020 | | Case Assigned to Judge Amit P. Mehta. (adh, ) (Entered: 12/09/2020) |
| 12/09/2020 | 4 | SUMMONS (2) Issued Electronically as to ALPHABET INC., GOOGLE LLC. (Attachment: # 1 Notice and Consent)(adh, ) (Entered: 12/09/2020) |
| 02/17/2021 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−1) dated 2/17/2021 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the Northern District of California, with the consent of that court, assigned to the Honorable Judge James Donato for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2981) (ztnr) (Entered: 02/18/2021) |
| 02/17/2021 | 6 | EMAIL from the U.S. District Court for the Northern District of California requesting the transfer of the original file to be sent using the extract civil case feature of CM/ECF. (ztnr) (Entered: 02/18/2021) |