1  **TOSTRUD LAW GROUP, P.C.**
   JON A. TOSTRUD (CA Bar No.: 199502)
2  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
3  Telephone: (310) 278-2600
   Facsimile: (310) 278-2640
4  Email: jtostrud@tostrudlaw.com

5

6  *Attorneys for Plaintiff Benjamin Blumberg*

7              **UNITED STATES DISTRICT COURT**

8       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                **SAN FRANCISCO DIVISION**

10

11 | IN RE GOOGLE PLAY STORE | CASE NOs. 3:21-MD-02981-JD |

12 | ANTITRUST LITIGATION | 3:21-cv-01231-JD |

13 | Blumberg v. Google LLC et al., |

14

15

16              **NOTICE OF VOLUNTARY DISMISSAL**

17         Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

18 Benjamin Blumberg hereby gives notice of his voluntary dismissal of this action.  Plaintiff and

19 Defendants shall bear their own attorneys' fees and costs. Defendants have not filed answers or

20 motions for summary judgment.

21

22 | Dated: November 5, 2021 | Respectfully submitted, |

23 | | **TOSTRUD LAW GROUP, P.C.** |

24 | | By: */s/ Jon A. Tostrud* |
25 | | Jon A. Tostrud (CA Bar No.: 199502) |
   | | 1925 Century Park East, Suite 2100 |
26 | | Los Angeles, CA 90067 |
   | | Telephone: (310) 278-2600 |
27 | | Facsimile: (310) 278-2640 |
   | | Email: jtostrud@tostrudlaw.com |
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 5, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Jon A. Tostrud*
Jon A. Tostrud